ANTHONY LOWENSTEIN, ESQ. (CSBN 201269)
LAW OFFICES OF ANTHONY LOWENSTEIN
4040 Civic Center Dr. #200, San Rafael, CA 94903
Phone: (415) 272-1292  /  Fax: (415) 366-2110
Anthony@LowensteinLaw.com
Attorney for Defendant
CHARLYNE BASASDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLYNE BASADA,<br><br>Defendant | **CASE NO. CR-15-437-CRB-1 (SK)**<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING TEMPORARY MODIFICATION OF PRETRIAL CONDITIONS OF RELEASE TO PERMIT TRAVEL TO FAMILY HOME IN SAN FRANCISCO**<br><br>Judge: The Honorable Sallie Kim |

Defendant Charlyne Basada, by and through her attorney, Anthony Lowenstein, Esq., requests that her conditions of pretrial release be modified temporarily to allow her to travel from the Halfway House to her family home at 158 Peabody St., in San Francisco, CA at the following times:

**(1)** November 26, 2015, from 12:00 pm, returning 10 pm.

**(2)** December 24, 2015 from 12:00 pm, returning 10 pm.

**(3)** December 25, 2015 from 9:00 am, returning 10 pm.

This travel is to celebrate Thanksgiving and Christmas with her family at set family gatherings with her husband, Francis Koy Basada, her children and other family members.

Ms. Basada has done very well on PreTrial Release; she is respectful and cooperative and has followed all the terms and conditions of her PreTrial release; This travel is local, in San Francisco, within the Northern District, and this is a short period, always returning by 10:00 pm.

Ms. Basada's Pretrial Services Officer, Brad Wilson, has been contacted by Defense Counsel to discuss, and support this defense request.

The Government does not oppose and stipulates to this defense request.

Ms. Basada does not propose travel at any other time to any other place, beyond the above stated purpose.

SO STIPULATED.

DATE: November 16, 2015                    By: ___/s/_____
                                               ANTHONY LOWENSTEIN
                                               Attorney for Defendant
                                               CHARLYNE BASADA


DATE: November 16, 2015                    BRIAN STRETCH
                                           United States Attorney

                                           By: ___/s/_____
                                               Benjamin Kingsley
                                               Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLYNE BASADA,<br><br>　　　　Defendant | **CASE NO. CR-15-437-CRB-1 (SK)**<br><br>[~~PROPOSED~~] ORDER<br><br>**TEMPORARILY ALLOWING DEFENDANT TO TRAVEL**<br><br>Judge: The Honorable Sallie Kim |

## ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, Defendant Charlyne Basada' pretrial release conditions are modified to allow travel to her family home at 158 Peabody St., in San Francisco, CA at the following times:

**(1)** November 26, 2015, from 12:00 pm, returning 10 pm.

**(2)** December 24, 2015 from 12:00 pm, returning 10 pm.

**(3)** December 25, 2015 from 9:00 am, returning 10 pm

All other conditions of Defendant's pretrial release shall remain in effect.

IT IS SO ORDERED.

November 17, 2015

_____
HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE