1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLYNES BASADA,<br><br>    Defendant | CASE NO. CF-15-437 CRB<br><br>**[PROPOSED] ORDER TO CONTINUE COURT DATES AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT**<br><br>Date: December 16, 2015 to January 13, 2016<br>Time: ~~2:30 p.m.~~  2:00 p.m.<br>Judge: Hon. Charles Breyer |
|---|---|

10

## ORDER

11 Based upon the representation of counsel and for good cause shown, hereby continues the trial

12 dates in the captioned matter from December 16, 2015 to January 13, 2016. The Court finds that

13 failing to exclude the time between December 16, 2015 and January 13, 2016 would

14 unreasonably deny defense counsel and counsel for the government the reasonable time

15 necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.

16 § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by continuing this

17 matter and excluding the time between December 16, 2015 and January 13, 2016 from

18 computation under the Speedy Trial Act outweigh the best interests of the public and the

19 defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that this matter is continued

20 from December 16, 2015 to January 13, 2016 for Entry of Plea. It is further ORDERED that

21 time between December 16, 2015 and January 13, 2016 shall be excluded from computation

22 under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).   IT IS SO ORDERED.

23 December 14, 2015

24 _____
   HON. CHARLES BREYER
25    UNITED STATES DISTRICT JUDGE

26
27
28

-3-
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE
US V. BASADA, CR-15-437 CR