BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    benjamin.kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 15-437 CRB |
| Plaintiff, | ) |
| v. | ) **STIPULATION REGARDING DEFENDANT'S** |
| | ) **BANK RECORDS AND PRIVACY ACT AND** |
| | ) [PROPOSED] **ORDER** |
| CHARLYNE BASADA, | ) |
|    a/k/a "Charlyne Melendres," | ) Court:  Hon. Charles R. Breyer |
| | ) |
| Defendant. | ) |

      The United States of America, the defendant Charlyne Basada, and victim Warner Schmalz stipulate as follows:

      Defendant has pleaded guilty to bank fraud and aggravated identity theft in connection with a $1,086,000 embezzlement scheme that she carried out against four separate employers for whom she worked as a bookkeeper.  Dkt. 30.  One of these four employers is Forum Design, an architecture firm in San Francisco owned by Warner Schmalz.  As part of its investigation, the government obtained bank records for defendant's personal bank accounts at Citibank and Bank of America into which she deposited the proceeds of her fraud.  As part of his own investigation into defendant's fraud and to attempt to trace and recover any funds defendant embezzled from Forum Design, Mr. Schmalz has requested that the government provide him with copies of these bank records.

STIPULATION RE: BANK RECORDS AND PRIVACY ACT AND [PROPOSED] ORDER
CR 15-437 CRB

These records are covered by the Privacy Act of 1974, 5 U.S.C. § 552 *et seq.*, and their disclosure is governed by this statute. The government can provide copies to Mr. Schmalz with the consent of those whose information is contained within these records, 5 U.S.C. § 552a(b), or with a court order, 5 U.S.C. § 552a(b)(11).

Defendant has provided her consent to the release of these records, and the parties and Mr. Schmalz now jointly request that this Court order the production of defendant's bank records to Mr. Schmalz. As Mr. Schmalz is a victim of defendant's offense, as these records show where his money went, and as defendant consents to their release, there is good cause to do so. Moreover, the parties jointly request that Mr. Schmalz's use of these records be limited to reviewing how defendant used the money that she obtained from Forum Design as part of the fraud and to recover these funds. The parties request that the Court order Mr. Schmalz not to further disseminate, disclose, or publish these records, but that he be permitted to show the records to his attorney and wife, and be permitted to show them to any other individual so long as it is consistent with the purposes of tracing or recovering funds.

**IT IS SO AGREED AND STIPULATED.**

DATED:   April 6, 2016

/s/
BENJAMIN KINGSLEY
Assistant United States Attorney

/s/
ANTHONY LOWENSTEIN
Attorney for Defendant

WARNER SCHMALZ
Owner, Forum Design

BURTON C. ALLYN, IV
Attorney for Warner Schmalz

STIPULATION RE: BANK RECORDS AND PRIVACY ACT AND [PROPOSED] ORDER
CR 15-437 CRB

2

[PROPOSED] ORDER

Pursuant to the above stipulation, the government is ordered to produce defendant's Citibank and Bank of America bank records in its possession to Warner Schmalz to determine how defendant used the money that she obtained from Forum Design as part of the fraud and to recover any funds. Mr. Schmalz shall not further disseminate, disclose, or publish these records without further order of the Court. He is permitted to show the records to his attorney and wife, and is permitted to show them to any other individual so long as it is consistent with the purposes of tracing or recovering funds.

IT IS SO ORDERED.

DATED: April 7, 2016

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE